Case 4:21-cv-03409   Document 16   Filed on 11/23/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mary Ferrel, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | 4:21-cv-03409 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of | § | |
| Social Security | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING RECOMMENDATION OF
## THE MAGISTRATE JUDGE AND FINAL JUDGMENT

Pending are Plaintiff's Motion for Summary Judgment (Document No. 12) and Defendant's Motion for Summary Judgment (Document No. 13). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's Motion for Summary Judgment be GRANTED, that Defendant's Motion for Summary Judgment be DENIED, that the decision of the Commissioner of the Social Security Administration be VACATED, and that the matter be REMANDED to the Commissioner of the Social Security Administration for further proceedings (Document No. 15). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the parties' cross Motions for Summary Judgment and the

Memorandum and Recommendation, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on October 11, 2022, which is adopted in its entirety as the opinion of this Court, that Plaintiff's Motion for Summary Judgment (Document No. 12) is GRANTED and Defendant's Motion for Summary Judgment (Document No. 13) is DENIED.

It is further ORDERED and ADJUDGED that the decision of the Commissioner of the Social Security Administration is VACATED and that the matter is REMANDED for further proceedings consistent with the Court's opinion.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 23rd day of November, 2022.

Ewing Werlein, Jr.
United States District Judge