United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mary Ferrel, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. |
| v. | § | 4:21-cv-03409 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of | § | |
| Social Security | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Plaintiff's application for attorneys' fees (Document No. 19) and Defendant's response (Document No. 20). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's application for attorneys' fees be GRANTED (Document No. 21). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the Plaintiff's application, Defendant's response, and the Memorandum and Recommendation, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. Accordingly,

It is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on March 13, 2023, which is adopted in its entirety as the opinion of this Court, that Plaintiff's application for attorneys' fees (Document No. 19) is GRANTED and that Defendant is ordered to pay Plaintiff $7,212.82 in reasonable attorneys' fees.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 31ST day of March, 2023.

*Ewing Werlein, Jr.*
Ewing Werlein, Jr.
United States District Judge